```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                SOUTHERN DIVISION at PIKEVILLE
```

| | | |
|---|---|---|
| RICKY COLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7:20-115-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| C.R. BARD, INC., | ) | **ORDER OF DISMISSAL** |
| *et al.*, | ) | |
| | ) | |
| Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties, having jointly stipulated and agreed to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) (DE 47), and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the claims in this action are DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

This the 3rd day of September, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge